

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00254-CR

Ramiro Eugenio **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. 21-CRJ-73
Honorable Baldemar Garza, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the appellant's motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED September 4, 2024.

_____
Beth Watkins, Justice